UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR  CR08-00747 |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [18 U.S.C. § 1030(a)(4),(c)(3)(A): Accessing Protected Computers to Conduct Fraud] |
| JASON MICHAEL MILMONT, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1030(a)(4),(c)(3)(A)]

**INTRODUCTORY ALLEGATIONS**

At all times relevant to this Information:

**ENTITIES AND INDIVIDUALS**

**DEFENDANT JASON MICHAEL MILMONT**

1.   Defendant JASON MICHAEL MILMONT ("defendant MILMONT") was an individual residing in Cheyenne, Wyoming.

2.   Defendant MILMONT possessed at least one computer at his residence and accessed the Internet from there.

///

WLH

3. At least one of the victims of defendant MILMONT's scheme operated online and was located in Los Angeles County, within the Central District of California.

Bot

4. The term "bot" is derived from the word "robot" and commonly refers to a software program that performs repetitive functions. Bot also refers to a computer infected with malicious software that allows a malicious computer user, commonly known as a "hacker," to access or control the infected computer without permission or consent. Often, the true owner of the infected computer will be unaware that his or her computer is controlled, or "owned," by a hacker.

Botnet

5. A "botnet" typically is a network of infected computers that are used to control or attack computer systems. Botnets often are created by spreading malware that propagates throughout the Internet, gains unauthorized access to computers on the Internet and infects the system with a particular bot program. The "botherder," that is, the person controlling the botnet, can direct the bots over the Internet. A botnet can consist of thousands of infected computers. The infected or compromised computers are often referred to as "zombies" or "drones."

Distributed Denial of Service ("DDoS") Attack

6. A DDoS attack occurs when all of the bots in a botnet are directed to flood a website with data, rendering the website inaccessible to legitimate users.

### Instant Messaging

7. "Instant Messaging" is a type of real-time communication over the Internet.

### Malware

8. Malicious software, or "malware," is software that, among other things, allows malicious computer users to gain remote access to victim computers without authorization and collect sensitive information from those victim computers as well as allow the attacker to gain control of the victim computer. Depending on the manner in which malware propagates itself, it may be called a "virus" or a "worm."

### Operating System

9. The operating system is the software that manages the sharing of the resources of a computer, such as memory. An operating system also processes data and input from computer users. Microsoft Windows XP is an example of an operating system.

### Peer to Peer

10. "Peer to peer" is a specific type of computer network, created by software applications running on each of the individual computers, where the contents of the network are distributed over individual computers rather than a central server.

### Server

11. A "server" is a centralized computer that provides services for other computers connected to it via a network. The other computers attached to a server sometimes are called "clients." In a large company, it is common for individual employees to have client computers at their desktops. When the employees access their e-mail, or access files stored on the

network itself, those files are pulled electronically from the server, where they are stored, and are sent to the client's computer via the network. In larger networks, it is common for servers to be dedicated to a single task. For example, a server that is configured so that its sole task is to support a World Wide Web site is known simply as a "web server."

<u>Spam</u>

12. "Spam" is a term used to describe unsolicited communications.

<u>Trojan</u>

13. A "trojan" is a software program that appears to be one thing but contains a hidden program, usually malware.

### **DEFENDANT'S SCHEME**

14. From on or about March 8, 2007, to on or about September 2, 2007, defendant JASON MICHAEL MILMONT (hereinafter, "defendant") engaged in a series of schemes to infect protected computers throughout the United States to create botnets. Defendant MILMONT created the botnets in the following manner:

    a. Defendant MILMONT developed an application or malware that would be surreptitiously installed in a victim's computer and allowed defendant to gain access and control over the victim's computer. The malware he developed became commonly known as the Nugache Worm.

    b. Defendant MILMONT used peer to peer software as a trojan to infect the victim computers. He developed a fictitious website that would offer the free installation of peer to peer software; however, unbeknownst to the user, the peer to peer application was embedded with the malware.

   c. Defendant MILMONT spread the malware using instant messenger Spam. The malware spread itself by causing Spam to be disseminated through the victim's contacts. The instant message requested the user to view a photo on a website and provided a link to said website. Instead of directing the user to the presumed legitimate website, however, the link directed the user to a spoofed website that appeared to be legitimate. Once directed to the spoofed website, the user would be asked if he/she wanted to save or open the file. If either was done, the file was given another name; however, it was the executable form of the Nugache Worm. The worm was spread throughout the Internet and thus, infected computers that operated in interstate and foreign commerce.

  15. Defendant MILMONT used those botnets to further a variety of criminal ends:

   a. Defendant MILMONT directed his botnets to engage in DDoS attacks against victim websites operating in interstate and foreign commerce.

   b. Defendant MILMONT harvested personal information, including access device information, from the victim computers, which defendant then used to engage in access device fraud.

  16. As described above, from on or about March 8, 2007, to on or about September 2, 2007, in Los Angeles County, within the Central District of California, and elsewhere, defendant MILMONT knowingly and with intent to defraud accessed without authorization, and exceeded his authorization to access, computers

involved in interstate and foreign commerce and communication to further an intended fraud, and by such access, defendant MILMONT obtained things of value.

THOMAS P. O'BRIEN
United States Attorney

*/s/ Daniel Goodman, Asst. U.S. Atty*
*Deputy Chief, Criminal Division, FOR:*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber and Intellectual
Property Crimes Section