# CASE SUMMARY

ORIGINAL

Case Number ____08- CR08-00747____  Defendant Number _____

U.S.A. v. __Jason Michael Milmont__ Date of Birth __1989_____

☐ Indictment   ☒ Information      Investigative Agency (FBI, DEA, etc.) __FBI_____

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

### OFFENSE/VENUE

a. Offense charged as a: ☐ Petty Offense
   ☐ Misdemeanor   ☐ Minor Offense   ☒ Felony
b. Date of Offense: __March 8, 2007-September 2, 2007__
c. County in which first offense occurred:
   __Los Angeles__
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   
   | X Los Angeles | ☐ Ventura |
   |---|---|
   | ☐ Orange | ☐ Santa Barbara |
   | ☐ Riverside | ☐ San Luis Obispo |
   | ☐ San Bernardino | ☐ Other _____ |
   
Citation of offense: __18 U.S.C. § 1030(a)(4)__

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No   ☐ Yes
   IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____

### PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: _____
   Case Number: _____
   Charging: _____

The Complaint:   ☐ is still pending
   ☐ was dismissed on: _____

### COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*    ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*    ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
                    N/A

Case Number: _____N/A_____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
         N/A

☐ was previously dismissed on: ___N/A___

Are there 8 or more defendants in the superseding case?
   ☐ Yes*    ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*    ☒ No

Was a Notice of Complex Case filed on the Indictment of Information?
   ☐ Yes    ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required: ☐ Yes   ☒ No
IF YES, list language and/or dialect:
_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
- ☒ Male  ☐ Female
- ☒ U.S. Citizen  ☐ Alien
- Alien Name(s): _____

This defendant is charged in: ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile:  ☐ Yes  ☒ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud
- ☒ Other: __Computer Fraud__

**CUSTODY STATUS**
Defendant is **NOT** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   In the amount of $_____
c. PSA supervision?  ☐ Yes  ☒ No
d. Is a Fugitive?  ☐ Yes  ☒ No
e. Is on bail or release from another district: _____
f. ☒ Has not been arrested but will be notified by summons to appear.
g. Warrant requested:  ☐ Yes  ☒ No

Defendant is **IN** custody:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number:
   Reg. No. _____
d. ☐ Solely on this charge. Date and time of arrest:
   e. On another conviction:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  AND
   Name of Court: _____

Date transferred to federal custody: __N/A__

This person/proceeding is transferred from another district pursuant to F.R.CrP.  ___ 20  ___ 21  ___ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date: __June 26, 2008__

Signature of Assistant U.S. Attorney

__Wesley Hsu__
*Print Name*